UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

EN AI LIN, *on behalf of themselves*, et al.,

                           Plaintiffs,

  -against-

BENIHANA INC., and JOHN DOE
CORPORATIONS 1-20,

                          Defendants.

------------------------------------- x

ORDER

20 Civ. 9672 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on April 6, 2021 at 9:30 a.m. is hereby cancelled.

Dated: April 1, 2021
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE