**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
EN AI LIN, et al., *on behalf of themselves*, :
:
                             Plaintiffs, :
  -against- :
: ORDER
BENIHANA INC., and JOHN DOE :
CORPORATIONS 1-20, : 20 Civ. 9672 (GBD)
:
                             Defendants. :
:
:
------------------------------------ x

GEORGE B. DANIELS, District Judge:

    The status conference is adjourned from July 27, 2021 to September 21, 2021 at 9:30 a.m.

    The parties' proposed briefing schedule is GRANTED and is as follows:

- Defendant shall file its proposed motion on or before August 27, 2021,
- Plaintiff shall file an opposition on or before September 27, 2021,
- Defendant shall file a reply in support of its motion on or before October 12, 2021.

Dated: July 26, 2021
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE