UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
EN AI LIN, et al.,

        Plaintiffs,

        -against-

BENIHANA INC., et al.,

        Defendants.

-----------------------------------------------------------x

20-CV-9672 (GBD) (OTW)

EN AI LIN, et al.,

        Plaintiffs,

        -against-

HARU HOLDING CORP., et al.,

        Defendants.

-----------------------------------------------------------x

21-CV-07464 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants' Motion for Sanctions (ECF 45) is **DENIED**. The fact discovery deadline in both cases is extended until March 31, 2022. Parties are excused from further mediation.

As discussed at the November 3, 2021 status conference, the parties are directed to file a joint status letter on November 10, 2021, after meeting and conferring, discussing the parties' intent to litigate these cases more efficiently. The parties are further directed to file an updated Rule 26(f) Report on November 10, 2021 that covers both cases.

The Clerk of Court is directed to close ECFs 45 and 53 in 20-cv-09672.

**SO ORDERED.**

Dated: November 4, 2021                      _s/ Ona T. Wang_
New York, New York                     **Ona T. Wang**
                                            United States Magistrate Judge