UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EN AI LIN, ZIFU ZHENG, ZHENGHUA WANG,
XIA LONG LIN, SAI HOE LOONG, PING CAO,
JUN YAO, JUN QIAN, JIAN MING XUE, GUO
PING ZHUO, BAI MING LI, *on behalf of themselves*,

                    Plaintiffs,

      -against-

BENIHANA INC., and JOHN DOE
CORPORATIONS 1-20,

                    Defendants.
------------------------------------- x

ORDER

20 Civ. 09672 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    The final pretrial conference scheduled for March 30, 2022 is hereby cancelled.

Dated: March 22, 2022
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge