**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

EN AI LIN, ZIFU ZHENG, ZHENGHUA WANG, XIA LONG LIN, SAI HOE LOONG, PING CAO, JUN YAO, JUN QIAN, JIAN MING XUE, GUO PING ZHUO, BAI MING LI, *on behalf of themselves*,

    Plaintiffs,

-against-

BENIHANA INC., and JOHN DOE CORPORATIONS 1-20,

------------------------------------ x

ORDER

20 Civ. 09672 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (ECF No. 76.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $150,000.00, which is inclusive of all attorney's fees and costs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: June 1, 2022
      New York, New York

                                             SO ORDERED.

                                             GEORGE B. DANIELS
                                             United States District Judge